UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 2:05CR218 |
|---|---|---|
|  | ) |  |
| vs. | ) | **ORDER FOR DISMISSAL** |
|  | ) |  |
| MANUEL DIAZ | ) |  |

**THIS MATTER** is before the Court on the Government's motion to dismiss the Bill of Indictment without prejudice.

For the reasons stated in the motion and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion is **ALLOWED**, and the indictment herein is **DISMISSED WITHOUT PREJUDICE.**

The Clerk is directed to transmit this Order electronically to the Defendant's counsel, the United States Attorney, the United States Marshal, and the United States Probation Office.

Signed: June 24, 2008

Lacy H. Thornburg
United States District Judge